# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## **MAGISTRATE'S COURTROOM MINUTES**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE: ___Mark Falk, USMJ___ |
| | : | |
| v. | : | CRIMINAL NO.: _____ 18-655 - 01 _____ |
| | : | |
| FRED DAIBES | : | DATE OF PROCEEDINGS: ___November 7, 2018___ |
| | : | |
| | : | DATE OF ARREST: _____November 7, 2018_____ |
| | : | |

PROCEEDINGS: ____Initial Appearance_____

( ) COMPLAINT
(✗) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ __AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) ORDER OF DETENTION
__ NOTICE OF APPEARANCE-DEFENDANT'S COUNSEL
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
 BAIL APPLICATION AT A LATER TIME
(✗) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✗) BAIL SET: _10, 000, 000 _____
 ( ) UNSECURED BOND
 (✗) SURETY BOND SECURED BY CASH / PROPERTY
(✗) TRAVEL RESTRICTED _US_____
(✗) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(✗) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
 ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

| | |
|---|---|
| ( ) PRELIMINARY / REMOVAL HRG. | DATE: _____ |
| ( ) DETENTION / BAIL HRG. | DATE: _____ |
| ( ) TRIAL: __ COURT __ JURY | DATE: _____ |
| ( ) SENTENCING | DATE: _____ |
| ( ) OTHER: _____ | DATE: _____ |

APPEARANCES:

AUSA _____Rahul Agarwal_____

DEFT. COUNSEL ____Larry Lustberg_____

PROBATION _____

INTERPRETER _____
  Language: (          )

Time Commenced: _____
Time Terminated: _____
CD No: _____ECR_____

_Lorraine ) K ) lernos_
DEPUTY CLERK