UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES,<br>              *Defendant*. | Case No. 18-cr-655 (SDW)<br><br><br>**CONSENT ORDER AUTHORIZING<br>CERTAIN TRAVEL** |

**THIS MATTER** having come before the Court upon the application of Defendant Fred Daibes, by and through his counsel Gibbons P.C. (Lawrence S. Lustberg, Esq. and Anne M. Collart, Esq., appearing); with the consent of the United States, by Craig Carpenito, United States Attorney (Assistant U.S. Attorney Sean M. Farrell and Assistant U.S. Attorney, Elaine Lou, appearing); and for good cause shown:

**IT IS** on this 18th day of December, 2020, hereby

**ORDERED** that the Order Setting Conditions of Release, dated November 7, 2018, ECF No. 3, shall be and hereby is modified as follows:

1. Upon providing his travel itinerary to the United States Office of Pretrial Services, Mr. Daibes is permitted to travel to Nassau, Bahamas, leaving on Monday, December 28, 2020, and returning on Sunday, January 3, 2021;

2. The United States passport belonging to Mr. Daibes shall be temporarily released by the Office of Pretrial Services, solely for the purpose of traveling to the Bahamas; and

3. For this purpose, Mr. Daibes shall be permitted to pick up his passport on either December 23 or 24, 2020, the specific date and time for which shall be coordinated by Mr. Daibes and the Office of Pretrial Services, and shall return it to the Office of Pretrial

Services on Monday, January 4, 2021.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

*s/Susan D. Wigenton*
Honorable Susan D. Wigenton
United States District Judge

s/ Sean M. Farrell
Sean M. Farrell

**United States Attorney's Office**
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-3987

Email: Sean.Farrell@usdoj.gov

Dated: December 16, 2020

s/ Lawrence S. Lustberg
Lawrence S. Lustberg

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.: (973) 596-4500

Email: llustberg@gibbonslaw.com

Dated: December 16, 2020