UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES,<br>　　　　　　*Defendant*. | Case No. 18-cr-655 (SDW)<br><br>**CONSENT ORDER<br>AUTHORIZING PASSPORT RELEASE** |

**THIS MATTER** having come before the Court upon the application of Defendant Fred Daibes, by and through his counsel Gibbons P.C. (Lawrence S. Lustberg, Esq. and Anne M. Collart, Esq., appearing); with the consent of the United States, by Philip R. Sellinger, United States Attorney (Assistant U.S. Attorney Elaine K. Lou and Assistant U.S. Attorney, Ari B. Fontecchio, appearing), and the United States Office of Pretrial Services (by U.S. Pretrial Services Intensive Supervision Specialist Edna Galarza) having taken no position on the request; and Mr. Daibes having entered a plea of guilty to one count of making false entries, in violation of 18, U.S.C. § 1005, on or about April 27, 2022; and for good cause shown:

**IT IS** on this 16th day of May, 2022, hereby

**ORDERED** that the Order Setting Conditions of Release, dated November 7, 2018, ECF No. 3, shall be and hereby is modified as follows:

1. In order to facilitate his travel, Mr. Daibes shall be permitted to retain possession of his United States passport, which shall be released by the Office of Pretrial Services to Mr. Daibes upon receipt of this Order;

2. Mr. Daibes's travel is restricted to the United States and the Bahamas; and

3. Upon provision of his travel itinerary to the Office of Pretrial Services, Mr. Daibes shall

be permitted to travel to Italy for a family celebration from July 24 – 30, 2022.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Susan D. Wigenton
United States District Judge

s/ Ari B. Fontecchio
Ari B. Fontecchio

**United States Attorney's Office**
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-3987

Email: Ari.Fontecchio@usdoj.gov

Dated: May 13, 2022

s/ Lawrence S. Lustberg
Lawrence S. Lustberg

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.: (973) 596-4500

Email: llustberg@gibbonslaw.com

Dated: May 13, 2022