# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES,<br><br>            *Defendant*. | Case No. 18-cr-655 (SDW)<br><br><br>**CONSENT ORDER AUTHORIZING CERTAIN TRAVEL** |

**THIS MATTER** having come before the Court upon the application of Defendant Fred Daibes, by and through his counsel Gibbons P.C. (Anne M. Collart, Esq. and Lawrence S. Lustberg, Esq., appearing); with the consent of the United States, by Philip R. Sellinger, United States Attorney (Assistant U.S. Attorney Ari B. Fontecchio and Assistant U.S. Attorney, Elaine K. Lou, appearing), having consented to the travel at issue; and for good cause shown:

**IT IS** on this 19th day of August, 2022, hereby

**ORDERED** that the Order Setting Conditions of Release, dated November 7, 2018, ECF No. 3, shall be and hereby is modified as follows:

1. Having providing his travel itinerary to the United States Office of Pretrial Services, Mr. Daibes is permitted to travel to London, England, leaving on Friday, August 19, 2022, returning to the United States on Monday, August 22, 2022;

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

                                                                                       _____
                                                                                      Honorable Susan D. Wigenton
                                                                                      United States District Judge

| | |
|---|---|
| s/Ari B. Fontecchio | s/ Anne M. Collart |
| Ari B. Fontecchio | Anne M. Collart |
| **United States Attorney's Office** | **GIBBONS P.C.** |
| 970 Broad Street, Suite 700 | One Gateway Center |
| Newark, New Jersey 07102 | Newark, New Jersey 07102-5310 |
| Tel.: (973) 645-3987 | Tel.: (973) 596-4737 |
| Email: Ari.Fontecchio@usdoj.gov | Email: acollart@gibbonslaw.com |
| Dated: August 17, 2022 | Dated: August 17, 2022 |