Lawrence S. Lustberg, Esq.
Anne M. Collart, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500
llustberg@gibbonslaw.com
acollart@gibbonslaw.com
*Attorneys for Defendant Fred Daibes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES<br><br>*Defendant*. | Case No. 18-cr-655 (SDW)<br><br>*Document electronically filed*<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on Friday, August 26, 2022, defendant Fred Daibes submitted sentencing materials to the Court in this case.

Dated:   August 26, 2022

s/ Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.:  (973) 596-4500
Email:  llustberg@gibbonslaw.com