DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>FRED DAIBES. | Criminal No. 18-655 (SDW)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Fred Daibes.

Date: August 29, 2022

PHILIP R. SELLINGER
United States Attorney

By:   Ari B. Fontecchio
       Assistant U.S. Attorney