UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES,<br>*Defendant.* | Case No. 18-cr-655 (SDW)<br><br>[~~PROPOSED~~] CONSENT ORDER AUTHORIZING CERTAIN TRAVEL |

**THIS MATTER** having come before the Court upon the application of Defendant Fred Daibes, by and through his counsel Gibbons P.C. (Anne M. Collart, Esq. and Lawrence S. Lustberg, Esq., appearing); with the consent of the United States, by Philip R. Sellinger, United States Attorney (Assistant U.S. Attorney Ari B. Fontecchio, appearing), having consented to the travel at issue; and the United States Office of Pretrial Services (by U.S. Pretrial Services Officer Brian Nauer) having taken no position; and for good cause shown:

**IT IS** on this 5th day of October, 2022, hereby

**ORDERED** that the Order Setting Conditions of Release, dated November 7, 2018, ECF No. 3, shall be and hereby is modified as follows:

1. Having provided his travel itinerary to the United States Office of Pretrial Services, Mr. Daibes is permitted to travel to London, England, leaving on Wednesday, October 5, 2022, returning to the United States on Saturday, October 8, 2022;

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Susan D. Wigenton
United States District Judge

s/Ari B. Fontecchio
Ari B. Fontecchio

**United States Attorney's Office**
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-3987

Email: Ari.Fontecchio@usdoj.gov

Dated:   October 4, 2022

s/ Anne M. Collart
Anne M. Collart

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel.: (973) 596-4737

Email:  acollart@gibbonslaw.com

Dated:   October 4, 2022