DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>FRED DAIBES. | Criminal No. 18-655 (SDW)<br><br>SENTENCING SUBMISSION NOTICE<br>OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Michael McManus.

Date: November 29, 2022

VIKAS KHANNA
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

By:   *Ari B. Fontecchio*
       Assistant U.S. Attorney