# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRED DAIBES,<br><br>            *Defendant*. | Case No. 18-cr-655 (SDW)<br><br><br>**ORDER AUTHORIZING CERTAIN TRAVEL** |

**THIS MATTER** having come before the Court upon the application of Defendant Fred Daibes, by and through his counsel Gibbons P.C. (Lawrence S. Lustberg, Esq. and Anne M. Collart, Esq., appearing); and the United States, by Philip R. Sellinger, United States Attorney (Assistant U.S. Attorney Ari B. Fontecchio, appearing), not having consented to the travel at issue; and the United States Office of Pretrial Services (by U.S. Pretrial Services Officer Brian Nauer) having taken no position; and for good cause shown:

**IT IS** on this 9th day of December, 2022, hereby

**ORDERED** that the Order Setting Conditions of Release, dated November 7, 2018, ECF No. 3, shall be and hereby is modified as follows:

1. Upon providing his travel itinerary to the United States Office of Pretrial Services, the Government and the Court, Mr. Daibes is permitted to travel to Qatar on either of the below date ranges:

    a. Departing from the United States on Wednesday, December 14, 2022, and returning on Sunday, December 18, 2022; or

    b. Departing from the United States or Thursday, December 15, 2022, and returning

on Monday, December 19, 2022.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Susan D. Wigenton
United States District Judge