DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Fred Daibes

Defendant(s).

Criminal No. 18-CR-00655

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Courtney Copenhagen, wish to obtain a copy of the sentencing materials submitted to the Court on 05/16/2023 in this case as to defendant, Fred Daibes. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: courtney.copenhagen@nbcuni.com
Address: 30 Rockefeller Plaza
770E-7
New York, NY 10112

By: Courtney Copenhagen
Prodocer, NBC 4 News