DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Fred Daibes

Defendant(s).

Criminal No. 18-CR-00655

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Isaac Stanley-Becker, wish to obtain a copy of the sentencing materials submitted to the Court on 06/02/2023 in this case as to defendant, Fred Daibes. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: isaac.stanley-becker@washpost.com
Address: Washington Post
1301 K ST NW
Washington, DC 20071

By: Isaac Stanley-Becker
Washington Post