DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Fred Daibes

Defendant(s).

Criminal No. 18-cr-00655

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Jean Rimbach , wish to obtain a copy of the sentencing materials submitted to the Court on 06/12/2023 in this case as to defendant, Fred Diabes . I request that the redacted version of the sentencing materials submitted on 8/9/22, 8/26/22, 11/29/22 and any other date be forwarded to the following electronic or mailing address:

E-mail:
Address:

rimbach@northjersey.com
The Record
1 Garret Mountain Plaza
Woodland Park, NJ 07424-0471

By: Jean Rimbach
The Record