DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Fred Daibes

Defendant(s).

Criminal No. 18-CR-00655

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, Tracey Tully , wish to obtain a copy of the

sentencing materials submitted to the Court on 08/26/2022 in this case as to

defendant, Fred Daibes . I request that the redacted version of the

sentencing materials be forwarded to the following electronic or mailing address:

E-mail: tracey.tully@nytimes.com

Address: The New York Times

620 Eighth Avenue

NY, NY 10018

By: Tracey Tully

The New York Times