DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Fred Daibes<br>Defendant(s). | Criminal No. 18-CR-00655<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, Tracey Tully, wish to obtain a copy of the sentencing materials submitted to the Court on 11/29/2022 in this case as to defendant, Fred Daibes. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: tracey.tully@nytimes.com
Address: The New York Times
620 Eighth Avenue
NY, NY 10018

By: Tracey Tully
The New York Times