DNJ-Cr-023 (09/2017)



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2023 SEP 20 P 3: 50

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Fred Daibes

    Defendant(s).

Criminal No. 18-CR-655

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, David Voreacos, wish to obtain a copy of the sentencing materials submitted to the Court on 8/29/22 / 8/26/22 / 11/29/2022 in this case as to defendant, Fred Daibes. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail:   dvoreacos@bloomberg.net

Address:  731 Lexington Ave.

               New York, NY 10022

By: David Voreacos
Bloomberg News