DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRED DAIBES | Criminal No. 18-655 (SDW)<br><br>**AMENDED SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

    Please be advised that the United States hereby amends the sentencing submission notice filed on August 29, 2022 (the "Notice") (ECF No. 86), relating to sentencing materials submitted by the United States to the Court on that date relating to the defendant Fred Daibes. The Notice erroneously included the name of U.S. Attorney Philip Sellinger in the signature block. U.S. Attorney Sellinger has been recused from this matter since he became U.S. Attorney. Accordingly, the signature block of the Notice, as well as any other documents filed or submitted to the Court in this matter by the United States, which erroneously included the name of U.S. Attorney Sellinger, should instead reflect that Vikas Khanna is Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515.

Date: September 21, 2023

                                                VIKAS KHANNA
                                                Attorney for the United States
                                                Acting Under Authority
                                                Conferred by 28 U.S.C. § 515

                              By:     <u>Elaine K. Lou</u>
                                                Assistant U.S. Attorney