DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Defendant(s). | Criminal No. _____<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, _____, wish to obtain a copy of the sentencing materials submitted to the Court on _____ in this case as to defendant, _____ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: _____
Address: _____
 _____
 _____
 _____

By: _____