DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No. _____ |
|---|---|
| v. | **REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS** <br> **(Requestor Not Represented by Counsel)** |
| Defendant(s). | |

I, _____ , wish to obtain a copy of the sentencing materials submitted to the Court on _____ in this case as to defendant, _____ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: _____

Address: _____

_____

_____

_____

By: _____