

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731
llustberg@gibbonslaw.com

October 13, 2023

**VIA ECF**

Honorable Susan D. Wigenton
United States District Judge
Martin Luther King, Jr. Federal Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**   *United States v. Daibes*
              **Criminal No. 18-655-SDW**

Dear Judge Wigenton:

     Defendant Fred Daibes is in receipt of Your Honor's Text Order of October 5, 2023, rejecting his plea agreement dated April 13, 2022. Pursuant to that Order, and consistent with Federal Rule of Criminal Procedure 11(c)(5) and 11(d)(2)(A), Mr. Daibes hereby withdraws his plea and respectfully requests that the Court schedule a status conference in order to discuss future proceedings in this matter.

                                                              Respectfully submitted,

                                                             s/Lawrence S. Lustberg
                                                             Lawrence S. Lustberg

cc:    All counsel of record (*via ECF*)