PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Fred Daibes                                            Docket No. 2:18-cr-00655-SDW-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW BRIAN NAUER PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **FRED DAIBES**, who was placed under pretrial release supervision by the **HONORABLE MARK FALK** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on **November 7th, 2018**, on a $10,000,000 Bond Secured with Property at 1257 River Road, Block 22, Lot 4, in Edgewater, New Jersey, with the below additional conditions:

1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
3. Travel restricted to United States.
4. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 48 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

On March 1st, 2019 a Consent Order was signed by the Honorable Jose L. Linares, Chief United States District Judge, allowing the defendant to receive his passport and travel to the Bahamas from Sunday, March 3rd, 2019 through Friday, March 8th, 2019.

On December 18th, 2020, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to receive his passport and travel to the Bahamas from Monday, December 28th, 2020 through Sunday, January 3rd, 2021.

On January 7th, 2022, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to receive his passport and travel to the London, England from Thursday, January 13th, 2022 through Tuesday, January 18th, 2022.

On May 16th, 2022, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to receive his passport and remain in his possession. He was allowed to have his travel restrictions expanded to include the United States and Bahamas. He was also allowed to travel to Italy from Sunday, July 24th, 2022 through Saturday, July 30th, 2022.

On August 19th, 2022, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to travel to London, England on Friday, August 19th, 2022 through Monday, August 22nd, 2022.

On October 5th, 2022, a Consent Order was signed by the Honorable Susan D.

Wigenton, United States District Judge, allowing the defendant to travel to London, England on Wednesday, October 5th, 2022 through Saturday, October 8th, 2022.

On October 18th, 2022, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to travel to London, England on Friday, October 21st, 2022 through Sunday, October 23rd, 2022.

On December 9th, 2022, a Consent Order was signed by the Honorable Susan D. Wigenton, United States District Judge, allowing the defendant to travel to Qatar on Wednesday, December 14th, 2022 through Monday, December 19th, 2022.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER amend the defendant's Pretrial Conditions to include Comply with Pretrial Release Conditions of the Southern District of New York.

ORDER OF COURT

Considered and ordered this 15th day of November, 2023 and ordered filed and made a part of the records in the above case.

Honorable Susan D. Wigenton
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/14/23

Brian W. Nauer
United States Pretrial Services Officer