UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                           DATE: November 16, 2023

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                              Docket# 18-CR-655
U.S.A. v. FRED DAIBES and MICHAEL MCMANUS

**APPEARANCES:**
Elaine Lou, AUSA for the Govt
Lawrence S. Lustberg, Esq. (Retained) for Deft, Fred Daibes
Anne M. Collart, Esq. (Retained) for Deft, Fred Daibes
John C. Whipple, Esq. (Retained) for Deft, Michael McManus


NATURE OF PROCEEDING:  **STATUS CONFERENCE/HEARING**

Both defendants present.

Defendant, Fred Daibes sworn.
Court conducted second phase of colloquy on Defendant, Fred Daibes regarding potential conflict of interest of his attorney's representation.
Defendant wishes to the continued representation of his attorney, Mr. Lawrence S. Lustberg, Esq.


Defendant, Michael McManus advised he wishes to withdraw the plea entered on 5/24/2022.
Continuance order as to Michael McManus to be filed.


Time Commenced:  12:40 p.m.
Time Adjourned:    12:50 p.m.
Total time:   10 mins.

Cc: Chambers                                                                           Carmen D. Soto
                                                                                                      Deputy Clerk