

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

January 10, 2024

**VIA ECF AND E-MAIL**

The Honorable Susan D. Wigenton
U.S. District Judge
Martin Luther King, Jr. Federal Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   United States v. Fred Daibes
                Crim. No. 18-655 (SDW)

Dear Judge Wigenton:

      The Government writes to respond to defendant Fred Daibes's December 14, 2023 request to postpone trial in the above-referenced case until after the trial in United States v. Robert Menendez, et al., 23-cr-490 (SHS), currently scheduled for May 6, 2024.  ECF. No. 124.  The Government defers to the Court and will be ready to proceed to trial on whatever date the Court sets.

                              Respectfully submitted,

                              VIKAS KHANNA
                              Attorney for the United States
                              Acting Under Authority Conferred by
                              28 U.S.C. § 515

By:   */s/ Elaine K. Lou*
          ELAINE K. LOU
          ARI B. FONTECCHIO
          Assistant U.S. Attorneys

cc:     All counsel of record (via ECF)