UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                              DATE: March 7, 2025

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                  Crim. No. 18-655

U.S.A. v. FRED DAIBES

**APPEARANCES:**
Elaine Lou, AUSA for the Govt
Lawrence S. Lustberg, Esq. for Deft (Retained)
Anne M. Collart, Esq. for Deft (Retained)
Shannan DaSilva, Probation Officer

NATURE OF PROCEEDING:  **SENTENCING**

Defendant present.
Defendant sentenced to 37 months imprisonment. This term of imprisonment will run concurrently with the term of imprisonment of the Judgment in Docket Number 1:23-CR-00490-5, in the Southern District of New York.
2 years supervised release.
Fine: $300,000 - due immediately.
Special Assessment: $100.00 – due immediately.

Special Conditions:
1) Motor Vehicle Compliance
2) Self-Employment/Business Disclosure
3) Financial Disclosure

Government moved to dismiss Counts 1 thru 6 and 8 thru 14.
Ordered Counts 1 thru 6 and 8 thru 14 dismissed.
Defendant to voluntary surrender.

Time Commenced:  11:05 a.m.
Time Adjourned:    12:10 p.m.
Total time:   1 hr. 5 mins.

Cc: Chambers                                                     Carmen D. Soto
                                                                 Senior Courtroom Deputy